IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-00616-EWN-PAC

ROBERT A. NEELY,

    Plaintiff,

v.

C.D.O.C. - JOE ORTIZ, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Motion for Status, filed September 13, 2005 [doc. #276], and referred on September 14, 2005, is **denied as moot.** The Recommendation of United States Magistrate Judge will be filed within seven days.

Dated:  February 24, 2006