IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-00616-EWN-PAC

ROBERT A. NEELY,

    Plaintiff,

v.

C.D.O.C. - JOE ORTIZ, *et al.*,

    Defendants.

_____

### ORDER DIRECTING CDOC TO FILE MONTHLY STATUS REPORTS
_____

**Patricia A. Coan, United States Magistrate Judge**

    On April 13, 2006, plaintiff filed a Motion for Order Requiring the Colorado Department of Corrections (CDOC) to File Status Reports on a Twice-Monthly Basis [doc. # 289]. Plaintiff asks that the CDOC be ordered to file reports twice monthly regarding the status and progress of plaintiff's treatment for Hepatitis C. According to plaintiff's motion (see exhibit E, a letter dated April 6, 2006, from CDOC counsel Ms. Burris to plaintiff's counsel Ms. Roche), plaintiff has had a liver biopsy and he is scheduled to begin Interferon/Ribavarin therapy once his anemia is stabilized.

    Due to the past inconsistencies in the CDOC's position concerning plaintiff's medical needs, which are more fully discussed in my March 2, 2006 Report and Recommendation, I will **grant the plaintiff's motion, in part. It is ordered that the CDOC shall file a monthly status report by the first day of each month, beginning May 1, 2006, and continuing on the first day of each month thereafter or until further**

**order of the court**.  The May 1, 2006 status report shall specify the facility at which plaintiff is incarcerated and describe what evaluation and treatment Mr. Neely has had for his Hepatitis C to date; the June 1, 2006 status report and subsequent status reports shall describe Mr. Neely's location and describe the treatment for Hepatitis C he has received in the intervening thirty days.

Accordingly, the plaintiff's Motion for Order Requiring the Colorado Department of Corrections (CDOC) to File Status Reports on a Twice-Monthly Basis [doc. # 289] is **granted in part and denied in part**.

Dated this 21st day of April, 2006.


BY THE COURT:


  s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge