IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–00616 EWN-PAC

ROBERT A. NEELY,

     Plaintiff,

v.

C.D.O.C. - JOE ORTIZ,
C.D.O.C. - 'JOHN DOE' - CHIEF MED. OFFICER,
C.D.O.C. - 'JOHN DOE' - OFFENDER SERV. CLASSIFICATION,
C.D.O.C. - ANTHONY DeCESERO,
C.C.A. - 'JOHN DOE' - EXECUTIVE DIRECTOR,
K.C.C.C - H. BRILL,
K.C.C.C - J. FUCHS,
K.C.C.C - MS. BLAKE,
K.C.C.C - MS. WEDERSKI,
K.C.C.C - NURSE HILL, and
K.C.C.C - DR. RAND,

     Defendants.

---

**ORDER**

---

This matter comes before the court on the Plaintiff's "Motion to Rescind/Redirect Court Order" (#310) filed July 5, 2006. The Plaintiff is represented by counsel, and the "Motion to Rescind/Redirect Court Order" is unintelligible. Accordingly it is

**ORDERED** that the Motion to Rescind/Redirect Court Order (#310) is DENIED.

Dated this 6th day of July, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge