IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–00616 EWN-PAC

ROBERT A. NEELY,

    Plaintiff,

v.

C.D.O.C. - JOE ORTIZ,
C.D.O.C. - 'JOHN DOE' - CHIEF MED. OFFICER,
C.D.O.C. - 'JOHN DOE' - OFFENDER SERV. CLASSIFICATION,
C.D.O.C. - ANTHONY DeCESERO,
C.C.A. - 'JOHN DOE' - EXECUTIVE DIRECTOR,
K.C.C.C - H. BRILL,
K.C.C.C - J. FUCHS,
K.C.C.C - MS. BLAKE,
K.C.C.C - MS. WEDERSKI,
K.C.C.C - NURSE HILL, and
K.C.C.C - DR. RAND,

    Defendants.

## ORDER

This matter is before the court on Plaintiff's motion to modify the judgment (#312). The court sees no good cause for the proposed modification. The motion is, therefore, DENIED.

Dated this 31st day of July, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge